UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-469-KKM-NHA

SERGIO TARANGO-DIAZ
  a/k/a "Piggy"
  a/k/a "Jr"
CRUZ ALVAREZ-DIAZ

### NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it will not seek

criminal forfeiture of the machine gun conversion devices with "Glock" logo and

skull emblem, all of which were seized on or about December 4, 2024, as identified

as subject to forfeiture in the Indictment (Doc. 1), because the Bureau of Alcohol,

Tobacco, Firearms and Explosives administratively forfeited the assets on April 24,

2025.

                                     Respectfully Submitted,

                                     GREGORY W. KEHOE
                                     United States Attorney


                        By:     *s/Suzanne C. Nebesky*
                                SUZANNE C. NEBESKY
                                Assistant United States Attorney
                                Fla. Bar No. 59377
                                400 N. Tampa Street, Suite 3200
                                Tampa, Florida 33602
                                (813) 274-6000 – telephone
                                E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/Suzanne C. Nebesky
SUZANNE C. NEBESKY
Assistant United States Attorney