UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Sergio Tarango-Diaz, Cruz Alvarez-Diaz
8:25-cr-00469-KKM-NHA

| | |
|---|---|
| **Date**: April 24, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:02 PM–3:14 PM\|  Total: 1 hour and 12 Mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackson Boggs, AUSA | Ryan Maguire, AFPD<br>Ron Marzullo, CJA |

**Change of Plea Hearing**

Notice of Essential Elements filed as to both Defendants.

Defendants sworn.

Court finds both Defendants competent to enter a plea of guilty.

Both Defendants consent to magistrate judge presiding over change of plea.

Court advises Both Defendants of charges, penalties, and rights and reviews Indictment and Notice of Maximum Penalties.

Alvarez Diaz admits all facts in Government's Notice of Maximum Penalties, except for the the statement on Doc. 64, p. 9 that says "ALVAREZ-Diaz admitted to agents in an interview on December 4, 2024, that it was his hand in the video"

Tarango Diaz admits factual basis as read by defense counsel from Defendant's Notice of Maximum Penalties at Dkt. 62 and additionally admits that he agreed with Alvarez-Diaz to go to the post office for the purpose of retrieving the MCDs.

Court finds facts admitted support essential elements of count one.

Plea of guilty entered by each Defendant as to Count one of the Indictment.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Both Defendants referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to Probation for interview.

Bond continued as to both Defendants.

Court in recess.