## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:25-cr-469-KKM-NHA

SERGIO TARANGO-DIAZ

---

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Sergio Tarango-Diaz, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Natalie Hirt Adams on April 24, 2026. The Magistrate Judge issued a Report and Recommendation, recommending that the Court accept the plea of guilty and adjudge Sergio Tarango-Diaz guilty. As no timely objection appears, the following is **ORDERED**:

1. The Court adopts the Magistrate Judge's Report and Recommendation.

2. The Court adjudges Sergio Tarango-Diaz guilty as to Count One of the Indictment.

3. The sentencing will occur before Judge Kathryn Kimball Mizelle on **Thursday, August 13, 2026, at 11:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

4. The Probation Office must file the final Presentence Investigation Report no later than **fourteen (14) days** before the sentencing date.

5. Counsel must also file any motion for a continuance of sentencing

no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

6. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

7. No later than **seven (7) days** before the sentencing date, counsel must notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

8. **The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.**

**ORDERED** in Tampa, Florida, on May 12, 2026.

Kathryn Kimball Mizelle
United States District Judge