UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Sergio Tarango-Diaz
8:25-cr-00469-KKM-NHA

| **Date**: June 18, 2026 | **Court Reporter**: Digital |
| --- | --- |
| | **Interpreter**: N/A |
| **Time**: 2:54 PM–2:57 PM\|   Total: 3 Mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
| --- | --- |
| Courtney Derry for Jackson Boggs, AUSA | Alec Hall, AFPD for Ryan Maguire |

| **Bond Revocation Hearing** |
| --- |
| Matter is before the court on Petition of Apparent Violation of Pretrial Release (Dk. 78) |
| Defendant present with counsel. |
| Arrest date: 06/18/2026 |
| Court advises Defendant of rights and allegations contained within the petition. |
| Preliminary Hearing waived. |
| Defendant admits to violations. |
| Government moves for detention. |
| Defendant does not contest the governments motion for detention. |
| Court orders Defendant detained pending final revocation proceedings. |
| Court to enter order. |
| Court in recess. |