UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.: 8:25-cr-00469-KKM-NHA

SERGIO TARANGO-DIAZ

_____/

## DETENTION ORDER

The Defendant is accused of violating the condition of his Pretrial Release prohibiting him from possessing or using controlled substances. Doc. 78.

On March 26, 2026, Pretrial Services issued a Notice of Apparent Violation of Pretrial Release, in which it reported that the Defendant had tested positive for marijuana use in five separate tests administered between March 23 and May 7, 2026, and that he also admitted to using marijuana on May 18, 2026. Doc. 78.

On July 18, 2026, the Court held a hearing on the Notice. At the hearing, the Defendant admitted the violations. The Government moved to detain him. The Defendant did not contest the Government's motion for detention. The Court noted that it initially saw and admonished the Defendant shortly after he was released, because he tested positive for marijuana use on six occasions between November 18, 2025 and January 15, 2026. After Pretrial Services reported that the Defendant tested positive on six more occasions between January 29 and March 17, 2026, the Court held another hearing at which it tightened the conditions of his release and warned

that an additional violation would likely be grounds for revocation of his supervised release.

At the July 18, 2026 hearing, after considering the record and the presentations of the parties, the Court found by clear and convincing evidence that the Defendant had violated the conditions of his pretrial release, and by a preponderance of the evidence that he was unlikely to abide by any conditions of release in the future. Thus, pursuant to 18 U.S.C. § 3148, it is **ORDERED** that Defendant be **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United

2

States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on June 18, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

3