JUN 22 2026 PM3:30
FILED - USDC - FLMD - TPA

PS 10
(8/88)

RECEIVED U.S. MARSHALS
2026 JUN 10 PM11:31

# United States District Court
## for the
Middle District of Florida

U.S.A. vs  Sergio Tarango-Diaz                    Docket No.  8:25-cr-469-KKM-NHA

## TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Sergio Tarango-Diaz | SEX<br>Male | RACE<br>Hispanic | AGE<br>21 |
| ADDRESS(STREET, CITY, STATE)<br>15367 Callista Lane, Dade City, FL 33523 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Middle District of Florida<br>801 N. Florida Ave., Tampa, FL  33602 | | | |
| CLERK MEGAN A. MANN | (BY) DEPUTY CLERK | DATE<br>6-10-26 | |

| RETURN | | | |
|---|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>6-10-26 | DATE EXECUTED<br>6-18-26 | |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS 801 N. Florida Ave. Tampa, FL 33602 | | | |
| NAME | (BY) | DATE<br>6-18-26 | |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."