UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:25-cr-469-KKM-NHA-1 | DATE: August 13, 2026 |
| HONORABLE KATHRYN K. MIZELLE | Courtroom 13B |
| **UNITED STATES OF AMERICA** | |
| | Emmett Boggs, Jr., AUSA |
| **v.** | |
| **SERGIO TARANGO-DIAZ** | Ryan J. Maguire, AFPD |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Kelsey Fiddes |
| INTERPRETER: n/a | PROBATION: Johanna Perez |
| TIME: 10:57 a.m. – 11:32 a.m. | TOTAL:   35 minutes |

## CRIMINAL MINUTES –SENTENCING MINUTES

Court in session and counsel identified for the record.

Defendant sworn. Defendant pleaded guilty to Count One of the Indictment and has been adjudicated guilty of such offense.

Statements made by counsel. Defendant chose to make a statement.

**Imprisonment: THIRTY (30) MONTHS.**

**Supervised Release: THIRTY-SIX (36) MONTHS.**

**Fine: Waived.**

**Special Assessment: $100.00,** to be paid immediately.

Mandatory and Standard Conditions of supervision apply.

Special Condition(s) of Supervision:

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by

the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2.  You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3.  You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The Court recommends to the Bureau of Prisons:

1.  Placement at the Miami facility located in Florida, to allow the defendant to remain in close proximity to family.
2.  Take classes to obtain his General Educational Degree (GED);
3.  Receive any vocational training the Bureau of Prisons deems appropriate including, but not limited to, Construction, HVAC, welding, and electrical training;
4.  Participation in any mental health and substance abuse treatment and counseling programs available, if eligible.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.